IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

CASE NO: **22-01023-5-DMW**
Chapter 13

| | |
|---|---|
| IN RE: ] | |
| ] | |
| **JOSEPH PAUL NIPPER,** ] | Notice of Appearance |
| ] | (Creditor, Harrison) |
| Debtor. ] | |

The law firm of Barringer Sasser, LLP, by and through Rebekah L. M. Wilson, hereby enters a formal appearance as counsel of record for creditors Justin Harrison and Ally Harrison in this action and requests that all filings and notices in this case be served upon counsel at the address below.

Respectfully submitted, this the 7th day of July, 2022.

BARRINGER SASSER, LLP

/s/   Rebekah L. M. Wilson
Rebekah L. M. Wilson
North Carolina State Bar No. 56672
111 Commonwealth Ct., Ste. 101
Cary, North Carolina 27511
Telephone: (919) 467-6700
Facsimile:  (919) 481-9190
E-mail:  rebekah@barsaslaw.com
*Counsel for Creditors Justin and Ally Harrison*

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically in accordance with the local rules and was therefore served electronically on those entities that have properly registered for such electronic service and was further served by depositing a copy in the depository of the United States Postal Service, first-class, postage prepaid, addressed as shown below:

    NC Licensing Board for General Contractors
    5400 Creedmore Road
    Raleigh, NC 27612

    John F. Logan
    Office of The Chapter 13 Trustee
    PO Box 61039
    Raleigh, NC 27661-1039

    Joseph Paul Nipper
    13200 Strickland Road
    No. 114-227
    Raleigh, NC 27613

    Travis Sasser
    Sasser Law Firm
    2000 Regency Parkway, Suite 230
    Cary, NC 27518

*This the 7th day of July, 2022.*

    /s/   Rebekah L. M. Wilson
    Rebekah L. M. Wilson
    North Carolina State Bar No. 56672
    111 Commonwealth Ct., Ste. 101
    Cary, North Carolina 27511
    Telephone: (919) 467-6700
    Facsimile:  (919) 481-9190
    E-mail:  rebekah@barsaslaw.com
    *Counsel for Creditors Justin and Ally Harrison*